IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOHN O. OSBORNE,

   Petitioner,

    v.

SHELIA OUBRE
WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-2055-TWT

ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending dismissing the Petition as untimely. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, this action is barred by the one year limitation of 28 U. S. C. § 2244(d)(1). The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss [Doc. 5] is GRANTED.

SO ORDERED, this 30 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Osborne\12cv2055\r&r.wpd